UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Rinat Khissiamov, | : |
| | : |
| | : Civil Action No.: 3:09-cv-00817-CSH |
| Plaintiff, | : |
| v. | : |
| | : |
| Ethan & Assoc, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

  Plaintiff, Rinat Khissiamov, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: April 7, 2010

                Respectfully submitted,

                By:__/s/ Sergei Lemberg_____
                  Sergei Lemberg, Esq.
                  Lemberg & Associates, L.L.C.
                  1100 Summer Street, 3rd Floor
                  Stamford, CT 06905
                  Telephone: (203) 653-2250
                  Facsimile: (877) 795-3666

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 7, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

                                                                 By:  /s/ Sergei Lemberg
                                                                        Sergei Lemberg